UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wright, | ) | Case No. 1:21 CV 788 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| Lorain City School District, | ) | |
| | ) | |
| Defendant. | ) | |

The Parties participated in a Mediation and were able to reach a settlement of all matters in dispute. (See Minutes of Proceedings filed May 10, 2022) Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: May 11, 2022